No. 296, Misc.   RASH v. PEOPLES DEPOSIT BANK & TRUST CO., EXECUTOR, ET AL.   C. A. 6th Cir.   Certiorari denied.   *J. A. Edge* for petitioner.   *Leslie W. Morris* for respondents.

No. 303, Misc.   UNITED STATES EX REL. MILLS v. REING, U. S. MARSHAL.   C. A. 3d Cir.   Certiorari denied. *James T. Wright* and *David Levinson* for petitioner.

No. 316, Misc.   PEYTON v. UNITED STATES.   Court of Claims.   Certiorari denied.   Petitioner *pro se*.   *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Paul A. Sweeney* for the United States.

No. 318, Misc.   BAXTER v. CLAUDY, WARDEN.   Supreme Court of Pennsylvania, Western District.   Certiorari denied.

No. 327, Misc.   FREEMAN v. RAILROAD RETIREMENT BOARD.   C. A. 5th Cir.   Certiorari denied.   *Lewis L. Scott* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Baldridge, Samuel D. Slade* and *Herman Marcuse* for respondent.

No. 332, Misc.   VEGA v. UNITED STATES ET AL.   C. A. 2d Cir.   Certiorari denied.   Petitioner *pro se*.   *Solicitor General Perlman* for the United States, respondent.

No. 341, Misc.   BYERS v. UNITED STATES ET AL.   Court of Claims.   Certiorari denied.